IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INGRID M. FISHER : | |
| AND : | |
| SYLVIA AYLER : | CIVIL ACTION |
| Plaintiff : | NO.: 2:12-CV-3834 |
| v. : | |
| : | |
| COMMONWEALTH FINANCIAL : | |
| SYSTEMS, INC. : | |
| And : | |
| NORTHEAST CREDIT AND : | |
| COLLECITONS, INC. : | |
| And : | |
| SALLIE MAE, INC. ADMIN AGENT : | |
| FOR SLM EDUCATION LOAN CORP. : | |
| Defendants : | |

_____

**MOTION OF DEFENDANT COMMONWEALTH FINANCIAL SYSTEMS, INC., TO VACATE DEFUALT JUDGMENT PURSUANT TO FED.R.CIV.P. 55 (c) and 60(B)**

Pursuant to Federal Rule of Civil Procedure 55(c) and 60(b), Defendant, Commonwealth Financial Systems, Inc., by and through its attorneys, Edwin A. Abrahamsen & Associates P.C., hereby moves this Honorable Court to Vacate the Default Judgment entered on January 31, 2013, and permit it to present its meritorious defenses and/or claims in this matter. Defendant's requests are based on the attached Memorandum of law and Proposed Answer.

                                            Edwin A. Abrahamsen & Associates, P.C.

DATE: <u>May 31, 2013</u>        BY:  <u>/s/ Michael F. Ratchford</u>
                                          Michael F. Ratchford, Esquire
                                          PA Attorney I.D. No.: 86285
                                          Edwin A. Abrahamsen & Associates
                                          120 N. Keyser Avenue
                                          Scranton, PA 18504
                      Attorney for Commonwealth Financial Systems, Inc.

Case 2:12-cv-03834-JHS Document 16 Filed 05/31/13 Page 2 of 2